THE HONORABLE JOHN H. CHUN

Robert W. Mitchell (WSBA # 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington St.
Spokane, WA  99201
Telephone:   509-327-2224
Email:   bobmitchellaw@gmail.com
*Attorney for Plaintiff, Michael Edmondson*

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL EDMONDSON,<br><br>Plaintiff,<br>v.<br><br>TXU ENERGY RETAIL COMPANY, LLC, a Texas Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company, and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company,<br><br>Defendants. | NO.  3:22−cv−05417−JHC<br><br>**STIPULATED MOTION TO EXTEND DEADLINES – ECF NO. 17** |

## STIPULATED MOTION

This Court issued an initial scheduling order containing the following deadlines:

1) Deadline for FRCP 26(f) Conference: 7/13/2022

2) Initial Disclosures Pursuant to FRCP 26(a)(1): 7/27/2022; and

---

STIPULATED MOTION TO EXTEND DEADLINES
3:22−cv−05417−JHC

1

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

3) Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): 8/3/2022.  See ECF No. 17, p. 1.

The parties, Plaintiff, MICHAEL EDMONDSON, and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), TRANS UNION LLC, ("TransUnion"), EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company, in compliance with the Court's Scheduling Order (ECF No. 17), began discussions required by the Court's Order.

However, Plaintiff has experienced difficulty effecting service of process upon Defendant, TXU ENERGY RETAIL COMPANY, LLC, a Texas Limited Liability Company.

TXU will be served out-of-state, which means TXU will have a minimum of 60 days to answer the complaint.

The parties therefore respectfully request that this Court extend the above-referenced deadlines by at least 60 days.

A proposed order is attached hereto.

Dated this 12th day of July, 2022.

> S//*Robert W. Mitchell*
> Robert W. Mitchell (WSBA # 37444)
> Attorney at Law, PLLC
> 1020 N. Washington
> Spokane, WA  99201
> Telephone: 509-327-2224
> Email:  bobmitchellaw@gmail.com
> *Attorney for Plaintiff,* MICHAEL EDMONDSON

STIPULATED MOTION TO EXTEND DEADLINES
3:22−cv−05417−JHC

2

Robert Mitchell, Attorney at Law, PLLC
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

/s/ *Andrew R. Escobar*
Andrew R. Escobar, WSBA No. 42793
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone:       (206) 946-4910
Email:             aescobar@seyfarth.com
*Defendant, Equifax*

S//*Sara J. Wadsworth*
Sara J. Wadsworth , WSBA No. 55952
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:       (206) 624-0900
Email:             sara.wadsworth@stoel.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

s//*Benjamin I. Vandenberghe*
Benjamin I. VandenBerghe, Christopher M. Reed
MONTGOMERY PURDUE PLLC
701 Fifth Ave, Suite 5500
Seattle, WA 98104-7096
Telephone:(206) 682-7090
Email:  biv@montgomerypurdue.com, creed@montgomerypurdue.com
*Attorneys for Defendant, Trans Union*

STIPULATED MOTION TO EXTEND DEADLINES
3:22−cv−05417−JHC

3

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

**ORDER**

THIS COURT having reviewed the parties' stipulated motion, and finding good cause shown, HEREBY ORDERS that the dates set forth in ECF No. 17 shall be extended by at least 60 days.

THE CLERK OF THE COURT is directed to issue a new initial scheduling order.

DATED this July 12th, 2022.

_____
THE HONORABLE JOHN H. CHUN
United States District Judge

STIPULATED MOTION TO EXTEND
DEADLINES
3:22−cv−05417−JHC

4

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 12th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**A.   For Defendant, Experian**

Sara J. Wadsworth , WSBA No. 55952
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone:    (206) 624-0900
Email:            sara.wadsworth@stoel.com

**B.   For Defendant, Trans Union**

Benjamin I. VandenBerghe, Christopher M. Reed
MONTGOMERY PURDUE PLLC
701 Fifth Ave, Suite 5500
Seattle, WA 98104-7096
Telephone:    (206) 682-7090
Email:            biv@montgomerypurdue.com,
                     creed@montgomerypurdue.com

**C.   For Defendant, Equifax**

Andrew R. Escobar
SEYFARTH SHAW LLP
999 Third Avenue, Suite 4700
Seattle, WA 98104
Telephone:    (206) 946-4910
Email:            aescobar@seyfarth.com

Dated this 12th day of July, 2022, at Memphis, Tennessee.

S//*Robert Mitchell*
ROBERT MITCHELL (WSBA No. 37444)
ROBERT MITCHELL ATTORNEY AT LAW, PLLC
1020 N. Washington
Spokane, WA 99201

STIPULATED MOTION TO EXTEND DEADLINES
3:22−cv−05417−JHC

5

**Robert Mitchell, Attorney at Law, PLLC**
1020 N. Washington St. | Spokane, WA  99201
Ph (509) 327-2224 | Fax (888) 840-6003
bobmitchellaw@gmail.com