The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL EDMONDSON,<br><br>    Plaintiff,<br>v.<br><br>TXU ENERGY RETAIL COMPANY, LLC, a Texas Limited Liability Company, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation, TRANS UNION LLC, a Delaware Limited Liability Company, and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company;<br><br>    Defendants. | NO. 3:22−cv−05417−JHC<br><br>ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER<br><br>✓Clerk's Action Required |

THIS MATTER having come before the Court upon Plaintiff and Defendant TXU Energy Retail Company, LLC's ("TXU") Stipulated Motion for Time to File Answer ("Stipulated Motion"), and the Court having reviewed the materials submitted in support of the Stipulated Motion, and materials submitted in response and/or opposition, if any, the Court now, therefore, it is hereby

ORDERED that the Stipulated Motion is GRANTED.

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER - 1
(NO. 3:22−cv−05417−JHC)
7641941.2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

The Clerk of the Court is directed to forward copies of this Order to all counsel and parties of record.

DATED this 19th day of August, 2022.

*[signature: John H. Chun]*

THE HONORABLE JOHN H. CHUN
United States District Judge

PRESENTED BY:

WILLIAMS, KASTNER & GIBBS PLLC

*/s/ Daniel A. Brown, WSBA #22028*
Daniel A. Brown, WSBA #22028
Jessica M. Cox, WSBA #53027
601 Union Street, Suite 4100
Seattle, WA 98101-2380
Telephone: (206) 628-6600
Fax: (206) 628-6611
dbrown@williamskastner.com and
jcox@williamskastner.com

**Attorneys for Defendant TXU Energy Retail Company, LLC**

Approved as to form; and Notice of Presentation waived:

ROBERT MITCHELL ATTORNEY AT LAW, PLLC

*/s/ Robert W. Mitchell, WSBA # 37444*
(*via Email Authority of 8/18/2022*)
Robert W. Mitchell, WSBA # 37444
1020 N. Washington St.
Spokane, WA 99201
Telephone: 509-327-2224
Email: bobmitchellaw@gmail.com

**Attorney for Plaintiff Michael Edmondson**

ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO ANSWER - 2
(NO. 3:22−cv−05417−JHC)
7641941.2

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600