William M. Huse, Esq. (IN# 31622-49)  
(Admitted *Pro Hac Vice*)  
Schuckit & Associates, P.C.  
4545 Northwestern Drive  
Zionsville, IN  46077  
Telephone:  (317) 363-2400, Ext. 134  
Fax:  (317) 363-2257  
E-Mail: whuse@schuckitlaw.com  

*Counsel for Defendant Trans Union, LLC*

Judge John H. Chun

Nicholas Ranallo, Esq.  (WSBA 51439)  
Attorney at Law  
5058 57th Avenue South  
Seattle, WA  98118  
Telephone:  (831) 607-9299  
E-Mail:  nick@ranallolawoffice.com  

*Local Counsel for Defendant Trans Union, LLC*

**UNITED STATES DISTRICT COURT**  
**WESTERN DISTRICT OF WASHINGTON (TACOMA)**

| | |
|---|---|
| MICHAEL EDMONDSON,<br>    Plaintiff,<br><br>   vs.<br><br>TXU ENERGY RETAIL COMPANY, LLC, a Texas Limited Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation; TRANS UNION LLC, a Delaware Limited Liability Company; and EQUIFAX INFORMATION SERVICES, LLC, a Georgia Limited Liability Company;<br>    Defendants. | CASE NO. 3:22-cv-05417-JHC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Michael Edmonson ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC - 1**  
(**3:22-cv-05417-JHC**)

SCHUCKIT & ASSOCIATES, P.C.  
4545 NORTHWESTERN DRIVE  
ZIONSVILLE, IN  46077  
TELEPHONE:  (317) 363-2400  
FAX:  (317) 363-2257

have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: July 26, 2023

/s/ Robert Mitchell (w/ consent)
Robert Mitchell, Esq.
Robert Mitchell, Attorney at Law
1020 N. Washington Street
Spokane, WA  99201
Telephone: (509) 327-2224
E-Mail: bobmitchellaw@gmail.com

*Counsel for Plaintiff Michael Edmondson*

Date: July 26, 2023

/s/ William M. Huse
William M. Huse, Esq.
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  (317) 363-2400
Fax:  (317) 363-2257
E-Mail:  whuse@schuckitlaw.com

*Counsel for Defendant Trans Union, LLC*

Nicholas Ranallo, Esq.  (WSBA 51439)
Attorney at Law
5058 57th Avenue South
Seattle, WA  98118
Telephone:  (831) 607-9299
E-Mail:  nick@ranallolawoffice.com

*Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC - 2**
(3:22-cv-05417-JHC)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257

1    IT IS SO ORDERED.

2    Dated this 27th day of July, 2023.

_____
John H. Chun
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT TRANS
UNION, LLC - 3
(3:22-cv-05417-JHC)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN  46077
TELEPHONE:  (317) 363-2400
FAX:  (317) 363-2257

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **26th day of July, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Robert Mitchell, Esq. <br> bobmitchellaw@gmail.com | Sara J. Wadsworth, Esq. <br> Sara.wadsworth@stoel.com |
| Christopher M. Reed, Esq. <br> creed@montgomerypurdue.com | Benjamin I. VandenBerghe, Esq. <br> biv@montgomerypurdue.com |
| Eugene X. Martin, IV, Esq. <br> xmartin@mamlaw.com | Daniel A. Brown, Esq. <br> dbrown@wiliamskastner.com |
| Jessica M. Cox, Esq. <br> jcox@williamskastner.com | Kelly Albright, Esq. <br> kalbright@jonesday.com |
| Angela M. Taylor, Esq. <br> angelataylor@jonesday.com | Jacob Michael Bach, Esq. <br> jbach@mamlaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **26th day of July, 2023**, properly addressed as follows:

| | |
|---|---|
| None. | |

/s/William M. Huse
William M. Huse, Esq.
 (Admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO DEFENDANT TRANS
UNION, LLC - 4
(**3:22-cv-05417-JHC**)

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
TELEPHONE: (317) 363-2400
FAX: (317) 363-2257